# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : Docket No. 3:94CR168 (AHN) |
| JAMES D. LYONS | : |

## POST-JUDGMENT STIPULATION

Whereas, sentence was imposed upon Defendant James D. Lyons on December 22, 1994, requiring payment of restitution in the amount of $11,013,895.71. As of August 30, 2007, the remaining amount of restitution owed totals $10,978,420.71, and the United States and Defendant James D. Lyons now desire to stipulate to a schedule for payment of the remaining amount of restitution.

Therefore, it is hereby agreed by the United States and Defendant James D. Lyons, and ORDERED by this Court that:

1. Defendant James D. Lyons shall make monthly payments of $1,500.00 on the first day of each and every month commencing on October 1, 2007, and continuing thereafter until the remaining amount of restitution is paid in full. All payments shall be made payable to "Clerk, United States District Court" reference "Docket No. 3:94CR168 (AHN)", and mailed to United States District Court, Clerk's Office, 915 Lafayette Boulevard, Bridgeport, Connecticut, 06604.

2. The amount of the monthly payment may be modified by mutual agreement of the parties or on motion of either party after consideration of Defendant James D. Lyons' financial circumstances.

3. Defendant James D. Lyons agrees that upon request, he will complete a financial statement on at least a yearly basis. Pursuant to 28 U.S.C. § 3015, Fed.R.Civ.P. 26(e) and 69, Defendant James D. Lyons acknowledges that he is under a continuing duty to disclose to the United States any material change in his financial situation.

4. In addition to regular monthly payments made in accordance with Paragraph 1, the United States reserves the right to submit the restitution debt to the Department of Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment due Defendant James D. Lyons may be offset and applied to the restitution debt.

5. The United States further reserves the right to secure the amount of the restitution debt at any time by filing a lien on any property that is either owned by Defendant James D. Lyons, or in which James D. Lyons has a substantial nonexempt interest.

6. In the event of a default on the payment terms set forth in Paragraph 1, or discovery of additional assets not previously disclosed, the United States reserves the right to immediately pursue all collection remedies permitted by law.

Entry of the foregoing stipulation is consented to by:

United States of America:

Kevin J. O'Connor
United States Attorney

September 13, 2007

*[signature]*

Christine Sciarrino
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510
Federal No. CT3393
(203) 821-3700/Fax: (203) 773-5392
Email: Christine.Sciarrino@usdoj.gov

September 12, 2007

*[signature]*

James D. Lyons

APPROVED and SO ORDERED this 25 day of Sept., 2007 at Bridgeport, Connecticut.

*[signature]*

ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE